Arthur Poland and Arthur E. Hanson, Composing the Firm of Poland & Hanson, Appellants, v. Ellen Louise Rose Hollander, Sued as Ellen Hollander, and Arthur Schuler, Copartners, Engaged in Business under the Firm Name and Style of Schuler & Company, Respondents.— Order modified by requiring that the security to be given by plaintiff be for the benefit of both defendants, and as modified affirmed, without costs. No opinion. Settle order on notice.

Cæsar Misch, Incorporation, Respondent, v. Julius E. Mosheim, Doing Business under the Firm Name and Style of J. E. Mosheim & Co., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles H. Pope and Others, Respondents, v. Gilmer Bros. Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Solomon Heilperin, Respondent, v. Samuel Levy and Others, Appellants, Impleaded with Max Bernstein.— Appeal dismissed, with ten dollars costs and disbursements, on the ground that the order appealed from gives leaves to renew, and the appellant has not exhausted the remedies thus given him.

In the Matter of the Application of Samuel Hellinger, a Taxpayer, Appellant, for an Order Directing James J. Martin, Chamberlain of The City of New York, Respondent, to Permit Said Hellinger to Inspect Certain Books, Accounts and Papers in the Custody of Said James J. Martin, as Chamberlain of The City of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Dora Witt, Respondent, v. Gustav C. F. Witt, Appellant.— Order modified as stated in order entered, and as modified affirmed, without costs. No opinion.

Hedwig Howell, Respondent, v. Harry Fletcher Howell, also Known as Harry Fletcher Rivers, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Thomas J. Glynn v. New York Contracting Company.— Motion granted, with ten dollars costs.

Anna M. Margetson v. Adrian H. Joline.— Motion denied, with ten dollars costs.

James Butler, Incorporated, v. Edward Deegan and Another.— Motion denied on terms stated in order.

Nelson A. Rausohoff v. Henry I. Goodrich.— Motion denied on terms stated in order.

George E. Farewell v. Frank B. Robinson.— Motion denied on terms stated in order.

John Webb v. Security Mortgage Company.— Motion granted, with ten dollars costs.

George Landes v. Charles F. Hart and Another. — Motion denied on payment of ten dollars costs.

Butterick Publishing Company v. Theodore J. Chabot.— Motion denied, with ten dollars costs.

Solomon Feist v. Weingarten Brothers. Anderson Price v. Western Distillery Company. Isidor W. Cohen v. William Koster, Jr.— Applications denied, with ten dollars costs.

Marie S. Heilman v. Van Norden Trust Company.— Motion granted on payment of ten dollars costs. Settle order on notice.